CARTER B. CARNEGIE, appellant,

*v.*

WILLIAM K. LAUGHLIN et al., respondents.

[Submitted May 29th, 1942.   Decided October 15th, 1942.]

*Messrs. Milton, McNulty & Augelli,* for the appellant.

*Messrs. Lum, Fairlie & Wachenfeld,* for the respondents.

PER CURIAM.

The decree under review will be affirmed, for the reasons expressed in the opinion of Vice-Chancellor Fielder.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, DONGES, PERSKIE, PORTER, DEAR, WELLS, THOMPSON, JJ. 9.

*For reversal*—BODINE, HEHER, COLIE, RAFFERTY, HAGUE, JJ. 5.